UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALBERT T. JONES,

    Plaintiff,

v.                                             Case No. 8:18-cv-3036-T-17AAS

ROBERT MICHELOTTI, et al.,

    Defendants.
_____/

## ORDER OF RECUSAL

Albert Jones seeks to proceed *in forma pauperis* so he may initiate a *Bivens* action against multiple defendants. (Docs. 1, 2). Mr. Jones's cause of action arises out of a criminal case, over which District Judge Susan Bucklew presided. (Doc. 1). I was employed in Judge Bucklew's Chambers during Mr. Jones's criminal pretrial proceedings, trial, and sentencing.

Under 28 U.S.C. Section 455(a), a judge must disqualify herself in any proceeding, in which her impartiality might reasonably be questioned. When the proper grounds exist, a judge has an affirmative and self-enforcing obligation to recuse herself sua sponte with any doubts resolved in favor of disqualification. *United States v. Kelly*, 888 F.2d 732, 744 (11th Cir. 1989).

Considering my employment in Judge Bucklew's Chambers during Mr. Jones's criminal pretrial proceedings, trial, and sentencing, it is appropriate to recuse myself. The Clerk is **DIRECTED** to randomly reassign this case to another United States Magistrate Judge.

1

**ORDERED** in Tampa, Florida, on March 25, 2019.

*[signature: Amanda Arnold Sansone]*
AMANDA ARNOLD SANSONE
United States Magistrate Judge